IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GABRIEL E. KING,

    Petitioner,

vs.                                         Case No. 4:14cv617-RH/CAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

    Petitioner, proceeding pro se, was given leave to file an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 6.  Petitioner's initial petition was insufficient because Petitioner provided no grounds in support of the petition and it did not appear that Petitioner was in custody.  *See* doc. 4.  Having been provided an opportunity to submit an amended petition for writ of habeas corpus, this case should now be dismissed because Petitioner has not demonstrated a desire to continue this litigation.  The January 17, 2015, deadline for filing the amended petition has passed and nothing has been received from Petitioner since filing the case initiating documents in November 2014.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** as Petitioner has not filed an amended petition for writ of habeas corpus and has abandoned this litigation.

**IN CHAMBERS** at Tallahassee, Florida, on January 23, 2015.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**